```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,    )   Case Numbers
            Plaintiff,       )      2:10-cr-417-KJD-VCF
                             )      2:10-cr-481-KJD-PAL
    vs.                      )
                             )
BENJAMIN T. COTTMAN,         )         O R D E R
            Defendant.       )

On January 26, 2012, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the **sealed** Hearing regarding: **Sentencing and Revocation of Supervised Release**, held on December 7, 2011.

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by **Brenda Weksler, AFPD**. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. §753(b), until further order of this Court.

IT IS FURTHER ORDERED that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the **sealed** proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 10th day of Feb. 10, 2012.

KENT J. DAWSON
United States District Judge