|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN COTTMAN,<br><br>Defendant. | Case No. 2:10-cr-417-KJD-VCF<br><br>**ORDER** |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, September 19, 2018 at 9:00 a.m., be vacated and continued to  10/30/2018  at the hour of  9:00   a .m.; or to a time and date convenient to the court.

DATED this 17th day of September, 2018.

UNITED STATES DISTRICT JUDGE
KENT J. DAWSON