# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-417-KJD-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| BENJAMIN COTTMAN, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, October 30, 2018 at 9:00 a.m., be vacated and continued to  February 12, 2019  at the hour of  9 :  00  a .m.; or to a time and date convenient to the court.

DATED this 25th day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE

3