UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:10-cr-00417-KJD-VCF |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| BENJAMIN COTTMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that the revocation hearing in this matter currently scheduled for Tuesday February 12, 2019, at 9:00 a.m., be vacated and continued to: May 15, 2019 at 9:00 a.m.

Dated this 11 day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE

4