LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for Benjamin Cottman

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN COTTMAN,<br><br>　　　　Defendant. | Case No.: 2:10-cr-00417 KJD-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE**<br><br>**(EIGHTH REQUEST)** |

　　　　COME NOW the Defendant, Benjamin Cottman, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Allison Reese, and hereby stipulate as follows:

　　　　1.　　Mr. Cottman's hearing on the revocation of his supervised release is presently scheduled to be heard by the district court on July 13, 2020.

　　　　2.　　In January 2020, a hearing was held in Mr. Cottman's other case, <u>United States v. Benjamin Cottman</u>, 2:18-cr-00219 JCM-DJA, whereby Mr. Cottman's prior counsel, Angela Dows, was permitted to withdraw and the undersigned was appointed to represent Mr. Cottman.

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (EIGHTH REQUEST) - 1

3. In the instant case, Ms. Dows was permitted to withdraw on January 22, 2020 and Ms. Rasmussen was also appointed to handle this matter.

4. In the other case (2018 Judge Mahan case), Mr. Cottman entered a plea to all charges against him on February 3, 2010. Sentencing in that case was scheduled for May 18, 2020. The sentencing hearing was moved to August 6, 2020 due to COVID-19 and counsel is still working to gather records from the Bureau of Prisons relevant to his sentencing and it is possible that she may need to continue the sentencing into September.

5. Both Mr. Cottman and the government agree that it makes the most sense to permit Mr. Cottman to get sentenced in the other case prior to having a hearing on the revocation in this case. It is possible that the parties can reach an agreement in this case once Mr. Cottman is sentenced in the other case. If not, we can proceed with the hearing in this case following his sentencing in the other case.

6. Mr. Cottman is in custody and is not prejudiced by waiting to have the revocation hearing in this matter moved to a date after September 15, 2020.

7. This stipulation is not made for the purpose of delay, rather it is more practical to hold the sentencing hearing in the other case first, and then have the revocation hearing in this case.

8. The sentence imposed in the other case could potentially factor into any decision the parties may make about a stipulated revocation term, or, alternatively, it could factor into any decision this court may make absent a stipulation.

. . .

. . .

. . .

. . .

. . .

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (EIGHTH REQUEST) - 2

Accordingly, the parties stipulate to continue the revocation hearing to a date after September 15, 2020.

Dated this 7th day of July, 2020.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Nicholas Trutanich United States Attorney,** |
| /s/ *Lisa A. Rasmussen* | /s/ *Allison Reese* |
| By: Lisa A. Rasmussen, Esq. Counsel for Benjamin Cottman | By: Allison Reese, AUSA Counsel for the United States |

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the revocation of supervised release presently scheduled for July 13, 2020 is hereby vacated and rescheduled for the __29th__ day of __September__, 2020 at __9:00__ am

It is so ordered.

Dated: 7/7/2020

_____
The Honorable Kent J. Dawson
United States District Judge

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (EIGHTH REQUEST) - 3