LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for Benjamin Cottman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>BENJAMIN COTTMAN,<br><br>                    Defendant. | Case No.: 2:10-cr-00417 KJD-VCF<br><br>**ORDER** ON STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE<br><br>**(TWELFTH REQUEST)** |

COME NOW the Defendant, Benjamin Cottman, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Allison Reese, and hereby stipulate as follows:

1.	Mr. Cottman's hearing on the revocation of his supervised release is presently scheduled to be heard by the district court on January 4, 2022.

2.	Mr. Cottman was scheduled to be sentenced in his other case, , <u>United States v. Benjamin Cottman</u>, 2:18-cr-00219 JCM-DJA, on December 17, 2021, pursuant to a court order entered in that case on September 17, 2021 (2:18-cr-00219 JCM-DJA, ECF 203).

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (TWELFTH REQUEST) - 1

3. In Mr. Cottman's other case, competency proceedings consumed the greater part of this year, however, the court found him competent on October 13, 2021. (2:18-cr-00219 JCM-DJA, ECF 206.)   Five days later, Mr. Cottman's counsel, appointed to replace the undersigned in the other case, requested permission to withdraw.  (2:18-cr-00219 JCM-DJA, ECF 210).    That motion was granted and Paola Armeni has now been appointed to represent Mr. Cottman.  (2:18-cr-00219 JCM-DJA, ECF 211, 212.)

4. Ms. Armeni, Mr. Cottman's newest appointed counsel, requested that sentencing be continued to so that she can review the pleadings already submitted and determine what additional documents need to be filed to prepare for Mr. Cottman's sentencing.  That Motion was granted and Mr. Cottman's sentencing is now scheduled for February 18, 2022.  (2:18-cr-00219 JCM-DJA, ECF 213, 214.)

5. As counsel in *this case* have previously explained, it makes the most sense to permit Mr. Cottman to get sentenced in the other case prior to having a hearing on the revocation in this case.  It is possible that the parties can reach an agreement in this case once Mr. Cottman is sentenced in the other case.  If not, we can proceed with the hearing in this case following his sentencing in the other case.

6. To the extent that Mr. Cottman's current counsel in the other case has requested additional time to prepare for sentencing, it makes the most sense to continue the revocation proceedings in this case to trail the sentencing currently scheduled for February 18, 2022.

7. Mr. Cottman is in custody and is not prejudiced by waiting to have the revocation hearing in this matter moved to a date after February 2022.

8. Although there have been several prior stipulations to continue this matter, some prior to the undersigned coming in as counsel, this stipulation is not made for the purpose of delay, rather it is more practical to hold the sentencing hearing in the other case first, and then have the revocation hearing in this case.

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (TWELFTH REQUEST) - 2

9.      The sentence imposed in the other case could potentially factor into any decision the parties may make about a stipulated revocation term, or, alternatively, it could factor into any decision this court may make absent a stipulation.

Accordingly, the parties stipulate to continue the revocation hearing to a date after February 18, 2022.

Dated this 27th day of December, 2021.

| **The Law Offices of Kristina Wildeveld & Associates,** | **Christopher Chiou, Acting United States Attorney,** |
|---|---|
| /s/ Lisa A. Rasmussen | /s/ Allison Reese |
| By: Lisa A. Rasmussen, Esq.<br>Counsel for Benjamin Cottman | By: Allison Reese, AUSA<br>Counsel for the United States |

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the revocation of supervised release presently scheduled for January 4, 2022 is hereby vacated and rescheduled for the 12th day of April, 2022 at 11:00 a.m..

It is so ordered. Dated:

1/3/2022

_____
The Honorable Kent J. Dawson
United States District Judge

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (TWELFTH REQUEST) - 3