LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@VeldLaw.com

Attorneys for Benjamin Cottman

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BENJAMIN COTTMAN,<br><br>　　　　Defendant. | Case No.: 2:10-cr-00417 KJD-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE**<br><br>**(THIRTEENTH REQUEST)** |

　　　　COME NOW the Defendant, Benjamin Cottman, by and through his counsel, Lisa Rasmussen, and the United States of America, by and through its counsel, Assistant United States Attorney Allison Reese, and hereby stipulate as follows:

　　　　1.　　Mr. Cottman's hearing on the revocation of his supervised release is presently scheduled to be heard by the district court on April 12, 2022.

　　　　2.　　Mr. Cottman was scheduled to be sentenced in his other case, , <u>United States v. Benjamin Cottman</u>, 2:18-cr-00219 JCM-DJA, on April 24, 2022, but it appears that defense counsel in that case will be requesting one additional continuance.

　　　　3.　　As counsel in *this case* have previously explained, it makes the most sense

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (THIRTEENTH REQUEST) - 1

to permit Mr. Cottman to get sentenced in the other case prior to having a hearing on the revocation in this case.  It is possible that the parties can reach an agreement in this case once Mr. Cottman is sentenced in the other case.  If not, we can proceed with the hearing in this case following his sentencing in the other case.

4. To the extent that Mr. Cottman's current counsel in the other case will be requesting additional time to prepare for sentencing, it makes the most sense to continue the revocation proceedings in this case to trail the sentencing currently scheduled to a date in July 2022 or later.

5. Mr. Cottman is in custody and is not prejudiced by waiting to have the revocation hearing in this matter moved to a date after July 15, 2022.

6. Although there have been several prior stipulations to continue this matter, some prior to the undersigned coming in as counsel, this stipulation is not made for the purpose of delay, rather it is more practical to hold the sentencing hearing in the other case first, and then have the revocation hearing in this case.

7. The sentence imposed in the other case could potentially factor into any decision the parties may make about a stipulated revocation term, or, alternatively, it could factor into any decision this court may make absent a stipulation.

Accordingly, the parties stipulate to continue the revocation hearing to a date after July 15, 2022.

Dated this 31st day of March 2022.

| | |
|---|---|
| **The Law Offices of Kristina Wildeveld & Associates,** | **Christopher Chiou, Acting United States Attorney,** |
| */s/ Lisa A. Rasmussen* | */s/ Allison Reese* |
| By:  Lisa A. Rasmussen, Esq. Counsel for Benjamin Cottman | By:  Allison Reese, AUSA Counsel for the United States |

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (THIRTEENTH REQUEST) - 2

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on the revocation of supervised release presently scheduled for April 12, 2022 is hereby vacated and rescheduled for the 7th day of June, 2022 at 12:00 p.m..

It is so ordered.

Dated: 4/4/2022

_____
The Honorable Kent J. Dawson
United States District Judge

STIPULATION TO CONTINUE HEARING ON REVOCATION OF SUPERVISED RELEASE (THIRTEENTH REQUEST) - 3